UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIRGIT Y. PUTZ, | ) |
| Plaintiff, | ) CIVIL NO. C08-5290RBL ) |
| vs. | ) ORDER FOR EXTENSION OF ) TIME ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before September 19, 2008, Defendant's Answering Brief shall be filed on or before October 17, 2008, and Plaintiff's Reply Brief shall be filed on or before October 31, 2008.

DATED this 21st day of August, 2008.

                                                     ***/s/ J. Kelley Arnold***
                                                     J. Kelley Arnold
                                                     United States Magistrate Judge

Presented by:
S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
[C08-5290RBL]

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226