# United States District Court

WESTERN DISTRICT OF WASHINGTON

BIRGIT Y. PUTZ

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5290RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is AFFIRMED.

    February 24, 2009                      BRUCE RIFKIN
                                                    Clerk

                                              Jennie L. Patton
                                              Deputy Clerk