UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIRGIT Y. PUTZ, | ) |
| | ) CIVIL NO. C08-5290RBL |
| Plaintiff, | ) |
| | ) ORDER FOR ATTORNEY'S FEES |
| vs. | ) PURSUANT TO 42 U.S.C. § 406(b) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

//

//

ORDER FOR ATTORNEY'S FEES PURSUANT
TO 42 U.S.C. § 406(b) [C08-5290RBL] - 1

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

1   ORDERED that Plaintiff's attorney Eitan Kassel Yanich is awarded an attorney's
2 fee of $20,170.50 pursuant to 42 U.S.C. § 406(b).
3   DATED this 5th day of July, 2011.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/Eitan Kassel Yanich
Eitan Kassel Yanich, WSBA #13690
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT
TO 42 U.S.C. § 406(b) [C08-5290RBL] - 2

Law Office of Eitan Kassel Yanich, PLLC
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226